IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARY J. FLETCHER, a single person, )
)
Plaintiff, )
)
v. ) CASE NO.: 5:10-CV-457-D
)
QUALITEST PHARMACEUTICALS, )
INC., )
)
Defendant.

## ORDER

After considering the Consent Motion to Stay Proceedings filed by Defendant Qualitest Pharmaceuticals, Inc., the accompanying memorandum in support and exhibits attached thereto,

**IT IS ORDERED, ADJUDGED AND DECREED** that Qualitest Pharmaceuticals' Consent Motion to Stay Proceedings be and is hereby GRANTED;

**IT IS FURTHER ORDERED** that the above captioned matter is stayed and ADMINISTRATIVELY CLOSED pending *certiorari* review by the United States Supreme Court in the matters of *Demahy v. Actavis, Inc.*, 593 F. 3d 428 (5th Cir. 2010) *certiorari granted* No. 09-1501, and *Mensing v. Wyeth, Inc.*, 588 F.3d 603 (8th Cir. 2009), *certiorari granted* Nos. 09-993 and 09-1039;

**IT IS FURTHER ORDERED** that any party may file a motion to reopen the case within 30 days of the Supreme Court's decision in *Demahy* and *Mensing*.

This 22 day of April, 2011.

The Honorable United States
District Judge James C. Dever, III.